PROB 12C-SUP
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

## Supplemental Violation

**Name:** Cameron Len Gaunt  **Case Number:** 2:19CR00026RAJ-001
**Name of Judicial Officer:** The Honorable Richard A. Jones, United States District Judge
**Date of Original Sentence:** 08/02/2019  **Date of Report:** 09/17/2025
**Original Offense:** Counts 1 and 2: Bank Robbery
Count 3: Attempted Bank Robbery
**Original Sentence:** 86 months' imprisonment; 3 years' supervised release
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 07/02/2025
**Assistant United States Attorney:** Thomas Woods  **Defense Attorney:** Jesse Cantor
**Special Conditions Imposed:**

☒ Substance Abuse        ☒ Financial Disclosure        ☐ Restitution:
☒ Mental Health          ☐ Fine                        ☐ Community Service
☒ Other: Moral Reconation Therapy; disclose all assets and liabilities; provide documentation of any business or enterprise; maintain a single checking account; and submit to search

## PETITIONING THE COURT

☐  To issue a warrant under seal
☐  To issue a summons
☒  To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court on July 16, 2025.

I allege Cameron Len Gaunt has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2. | Committing the crime of bank robbery, on September 12, 2025, in violation of a mandatory condition of supervised release. |

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒  The term of supervision should be
    ☒  revoked.
    ☐  extended for ___ years, for a total term of ___ years.
☐  The conditions of supervision should be modified as follows:

☒  Detention pending final adjudication due to
    ☒  risk of flight.
    ☒  danger to community.

The Honorable Richard A. Jones, United States District Judge  Page 2
Supplemental Violation  September 17, 2025

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 17th day of September, 2025.<br><br>*[signature]*<br><br>Darcell Prescott<br>Senior United States Probation Officer | BY:<br><br>*[signature]*<br><br>Analiese D. Johnson<br>Supervising United States Probation Officer |

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The Issuance of a Warrant under seal
  (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons
  (conditions of supervision shall remain in effect pending final adjudication)
☒ To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court
☐ Other

*[signature: Richard A. Jones]*
Signature of Judicial Officer

September 18, 2025
Date